**No. 25 - _____**

# In the United States Court of Appeals for the Ninth Circuit

In re CORONAVIRUS REPORTER CORPORATION, CALID INC.,
and GREENFLIGHT VENTURE CORPORATION,

*Petitioners,*

*v.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA,

*Respondent,*

*and*

APPLE INC.

*Real Party in Interest.*

On Petition for a Writ of Mandamus to the United States District Court
for the Northern District of California
No. 3:24-cv-08660 (Chen, J)

**EXCERPTS OF RECORD – INDEX VOLUME**

KEITH MATHEWS
AMERICAN WEALTH PROTECTION
1000 Elm Street #800
Manchester, NH 03101
(603) 622-8100
*Attorney for Petitioners*

## TABLE OF CONTENTS

| Description | Dkt. No. | ER Page(s) |
|---|---|---|
| **VOLUME 1 – DISTRICT COURT ORDERS** | | |
| Order Granting in Part Defendant's Motion for Sanctions and Order to Show Cause; Denying Anti-SLAPP and Related Motions (July 30, 2025) | 102 | ER – 2 |
| Rule 11(c)(3) Order to Show Cause re Plaintiffs' Motions (July 10, 2025) | 95 | ER – 16 |
| Order Granting Defendant's Motion to Dismiss All Claims with Prejudice (June 25, 2025) | 82 | ER – 17 |
| **VOLUME 2** | | |
| Docket History | | ER – 22 |
| Plaintiffs' Motion for Leave to File Motion for Reconsideration | 99 | ER – 38 |
| Plaintiffs' Response to Rule 11(c)(3) Order to Show Cause (OSC Memorandum), Declaration of Keith Mathews in Response to OSC | 97 | ER – 71 |
| Plaintiffs' Amended Emergency Motion for Stay, for Status Conference, and to Implement Anti-SLAPP Stay | 83 | ER –102 |
| Plaintiffs' Special Motion to Strike Apple's Sanctions Motion Under California Code of Civil Procedure § 425.16 ("Anti-SLAPP Motion") | 74 | ER – 130 |
| Apple's Motion for Sanctions Under Rule 11, 28 U.S.C. § 1927, and the Court's Inherent Power | 70 | ER – 169 |
| Apple's Reply in Support of Motion to Dismiss, Plaintiffs' Rule 12(d) Sur-Reply in Further Opposition to MTD | 64 | ER – 245 |
| Plaintiffs' Opposition to Apple's Motion to Dismiss | 63 | ER – 267 |
| **VOLUME 3** | | |
| Plaintiffs' Motion for Sanctions Against Apple Inc. and Gibson, Dunn & Crutcher LLP (Cross-Sanctions Motion) | 86 | ER – 297 |
| Apple's Motion to Dismiss First Amended Complaint | 62 | ER – 324 |
| First Amended Complaint | 30 | ER – 360 |