UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE CORONAVIRUS REPORTER
CORPORATION; CALID, INC.;
GREENFLIGHT VENTURE
CORPORATION.

_____

CORONAVIRUS REPORTER
CORPORATION; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA, SAN FRANCISCO,

Respondent,

APPLE INC.,

Real Party in Interest.

No. 25-7761

D.C. No.
3:24-cv-08660-EMC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the

extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir.

2021) ("To determine whether a writ of mandamus should be granted, we weigh

the five factors outlined in *Bauman v. United States District Court*."); *Bauman v.

U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**