UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



IN RE CORONAVIRUS REPORTER CORPORATION; CALID, INC.; GREENFLIGHT VENTURE CORPORATION.

———————————————————

CORONAVIRUS REPORTER CORPORATION; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

APPLE INC.,

Real Party in Interest.

No. 25-7761

D.C. No.
3:24-cv-08660-EMC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 11) for reconsideration en banc is denied. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

This court will not entertain any further filings in this closed case.